UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REBECCA B. DUWELL, et al.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>ATLANTA MEDICAL CENTER, et al.,<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-3143-MHC |

## J U D G M E N T

This action having come before the Court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for Plaintiffs' failure to comply with the terms of a lawful Order of the Court. Plaintiffs are advised that further violations of the Permanent Injunction will subject them both to penalties for contempt of court, including fine or imprisonment, or both.

Dated at Atlanta, Georgia, this 21st day of September, 2015.

　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　By:　 *s/Denise D.M. McGoldrick*
　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 21, 2015
James N. Hatten
Clerk of Court

By: *s/ Denise D.M. McGoldrick*
　　　Deputy Clerk